UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CLAY HINE, et al.,

                                **Plaintiffs,**

     -against-

**IOWA STUBBORN LIMITED LIABILITY
COMPANY, et al.,**

                                **Defendants.**

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2022

22-CV-01636 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

     On May 23, 2022, the Honorable Ronnie Abrams assigned this matter to my docket for settlement. By May 31, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     May 24, 2022
                 New York, New York